UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of July, two thousand twenty-four.

Josiah Galloway,

        Plaintiff-Cross-Defendant-Appellee,

v.

County of Nassau, Detective Matthew Ross, (Shield #834), Detective Charles DeCaro, (Shield #1047), Detective Ronald Lipson, (Shield #1296), Detective Thomas D'Luginski, (Shield #7900), Detective George Darienzo, (Shield #1038),

        Defendants-Cross-Defendants-Appellants,

Detective Thomas Bischoff, (Shield #1001), Kathleen Rice, Assistant District Attorney Joseph LaRocca, Assistant District Attorney Robert Schalk, Detective Charles Olie, Shield No. 1047,

        Defendants,

Nassau County Police Department, John Does #1-20, being and intended to be other parties from the County of Nassau, Nassau County Police Department, Incorporated Village of Hempstead and Incorporated Village of Hempstead Police Department whose names are presently unknown, all jointly and severally, Jane Does #1-20, being and intended to be other parties from the County of Nassau, Nassau County Police Department, Incorporated Village of Hempstead and Incorporated Village of Hempstead Police Department whose names are presently unknown, all jointly and severally, Detective Sergeant Richard Dorsi, Detective Rene Yao, Detective Carl M. Strange, Shield No. 1225,

**ORDER**
Docket No. 24-1785

    Defendants-Cross-Defendants,

Incorporated Village of Hempstead, P.O. Steven Horowitz, (Shield #144), Detective Kevin Cunningham, (Shield #112), Detective Joseph Sortino,

    Defendants-Cross-Claimants.

_____

  Appellants' submission of a Form C does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

  IT IS HEREBY ORDERED that the said Form C is stricken from the docket.

            For The Court:
            Catherine O'Hagan Wolfe,
            Clerk of Court