**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 16, 2024
Docket #: 24-1785
Short Title: Galloway v. County of Nassau

DC Docket #: 2:19-cv-5026
DC Court: EDNY (CENTRAL ISLIP)
Trial Judge - Ann M. Donnelly

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8626.