

July 19, 2024

**Judy C. Selmeci**
212.915.5159 (direct)
646.761.4065 (mobile)
Judy.Selmeci @wilsonelser.com

**By ECF**

United States Court of Appeals for the Second Circuit
Thurgood Marshall US Courthouse
40 Foley Square
New York, New York 10007

Attn: Oscar Rivas, Esq.

      Re: <u>Galloway v. County of Nassau, et al.</u>
           Docket No.: 24-1785

Dear Mr. Rojas:

We represent the defendants-appellants who respectfully request that their deadline for submission of their appellants' brief and record be set to October 7, 2024.

Should the court have questions or require additional information, it is respectfully asked to contact me.

           Respectfully submitted,

      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

           Judy C. Selmeci

cc: All parties (by ECF)

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • Mclean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com