MANDATE

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of June, two thousand twenty-five.

Before: Dennis Jacobs,
Denny Chin,
Steven J. Menashi,
*Circuit Judges*.

---

Josiah Galloway,

Plaintiff-Cross-Defendant-Appellee,

v.

County of Nassau, Detective Matthew Ross, (Shield #834), Detective Charles DeCaro, (Shield #1047), Detective Ronald Lipson, (Shield #1296), Detective Thomas D'Luginski, (Shield #7900), Detective George Darienzo, (Shield #1038),

Defendants-Cross-Defendants-Appellants,

Detective Thomas Bischoff, (Shield #1001), Kathleen Rice, Assistant District Attorney Joseph LaRocca, Assistant District Attorney Robert Schalk, Detective Charles Olie, Shield No. 1047,

Defendants,

Nassau County Police Department, John Does #1-20, being and intended to be other parties from the County of Nassau, Nassau County Police Department, Incorporated Village of Hempstead and Incorporated Village of Hempstead Police Department whose names are presently unknown, all jointly and severally, Jane Does #1-20, being and intended to be other parties from the County of Nassau, Nassau County Police Department,

**JUDGMENT**

Docket No. 24-1785

MANDATE ISSUED ON 08/15/2025

Incorporated Village of Hempstead and Incorporated Village of Hempstead Police Department whose names are presently unknown, all jointly and severally, Detective Sergeant Richard Dorsi, Detective Rene Yao, Detective Carl M. Strange, Shield No. 1225,

Defendants-Cross-Defendants,

Incorporated Village of Hempstead, P.O. Steven Horowitz, (Shield #144), Detective Kevin Cunningham, (Shield #112), Detective Joseph Sortino,

Defendants-Cross-Claimants.

---

The appeal in the above captioned case from an order of the United States District Court for the Eastern District of New York was submitted on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant-Appellant Nassau County's appeal is DISMISSED. The district court's decision is AFFIRMED in all other respects.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe